# UNITED STATES DISTRICT COURT

# DISTRICT OF KANSAS

### JUDGMENT IN A CIVIL CASE

**ROY TRAVIS TRIPLETT,**
        **PLAINTIFF**

**v.**                                                      **CIVIL NO. 04-2223-CM**

**LINDA J. TRIPLETT,**
        **DEFENDANT**

**( )**   **JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**( X )**   **DECISION BY THE COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed August 8, 2005 and entered on the docket August 9, 2005, the above action is dismissed.  Each party to bear their own cost.

**Dated:  August 9, 2005**                              **RALPH L. DeLOACH, CLERK**

                                                       **Yolanda J. Holman**
                                        **Yolanda J. Holman, Deputy Clerk**

**ENTERED ON THE DOCKET DATE: 8/9/05**