# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

|  |  |
|---|---|
| ROY TRAVIS TRIPLETT,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | CIVIL ACTION |
| v.  ) | |
| ) | No. 04-2223-CM |
| ) | |
| LINDA J. TRIPLETT,  ) | |
| ) | |
| Defendant.  ) | |
| ) | |

## ORDER

Plaintiff Roy Travis Triplett proceeds pro se and *in forma pauperis*. The court dismissed his claim pursuant to 28 U.S.C. § 1915(e)(2)(B) on August 8, 2005, and entered judgment in favor of defendant on August 9, 2005. Plaintiff filed a "Meromanda" [sic] on August 16, 2005 (Doc. 30) requesting the "legal posting of a Docket time, for the slated scheduling of trial in Non-Jury Hearing." To the extent that plaintiff's pleading can be construed as a motion to alter or amend judgment under Fed. R. Civ. P. 59(e), the motion is denied. It does not set forth any valid reasons for relief. To the extent that plaintiff's pleading is not a motion to alter or amend, the court denies it as moot. The case is closed.

**IT IS SO ORDERED.**

Dated this  22nd  day of August 2005, at Kansas City, Kansas.

s/ Carlos Murguia  
**CARLOS MURGUIA**  
**United States District Judge**